This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SONYA VALDEZ-BARELA,**

Plaintiff-Appellant,

v.                                                                          **NO. 32,673**

**JESSE SALAZAR,**
**d/b/a HOT ROD CITY CUSTOMS,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sarah M. Singleton, District Judge**

Sonya Valdez-Barela
Santa Fe, NM

Pro se Appellant

Jesse Salazar
Santa Fe, NM

Pro se Appellee

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     Accordingly, we affirm for the reasons stated in our calendar notice.

{3}     **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**M. MONICA ZAMORA, Judge**